JOSEPH P. RUSSONIELLO (CA Bar No. 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7102
    Fax: (415) 436-6748

Attorneys for Defendant U.S. Department of Justice, Antitrust Division

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, ANTITRUST DIVISION, <br><br> Defendant. | Case No. CV 10-0013 VRW <br><br> STIPULATION SETTING MOTIONS FOR SUMMARY JUDGMENT AND VACATING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

**STIPULATION**

WHEREAS the parties to this Freedom of Information Act ("FOIA") case agree that it may be resolved by way of cross-motions for summary judgment.

WHEREAS the parties have reserved June 3, 2010 for hearing of the parties' cross-motions for summary judgment.

WHEREAS there is currently a Case Management Conference scheduled for May 6, 2010 at 3:30 p.m., which the parties agree should be vacated. The parties note that the related cases have a Case Management Conference set for the same date and time that should not be vacated. The parties agree that this case should have a different schedule than the related cases.

The undersigned counsel hereby stipulate and agree as follows:

(1) The parties shall file their cross-motions for summary judgment by April 29, 2010.

STIPULATION AND [PROPOSED] ORDER – Case No. CV 10-0013 VRW

  (2) Such motions shall be set for hearing on June 3, 2010 at 10:00 a.m.

  (3) The Case Management Conference scheduled for May 6, 2010 shall be vacated.  If necessary after the Court has decided the parties' respective motions for summary judgment, the Case Management Conference shall be rescheduled.

Respectfully submitted,

| LIEFF, CABRASER, HEIMANN<br>& BERNSTEIN, LLP | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|---|---|
| _____/S/_____<br>Eric B. Fastiff<br>Attorneys for Plaintiff | _____/S/_____<br>Julie A. Arbuckle<br>Assistant United States Attorney |
| Dated: April 14, 2010 | Dated: April 14, 2010 |

### **ORDER**

  Based upon the stipulation of the parties and for good cause shown, the Court hereby orders:

  (1) The parties shall file their cross-motions for summary judgment by April 29, 2010.

  (2) Such motions shall be set for hearing on June 3, 2010 at 10:00 a.m.

  (3) The Case Management Conference scheduled for May 6, 2010 is vacated.  If necessary after the Court has decided the parties' respective motions for summary judgment, the Case Management Conference shall be rescheduled.

  IT IS SO ORDERED.

Dated: April 19, 2010

_____
VAUGHN R. WALKER
United States District Chief Judge

STIPULATION AND [PROPOSED] ORDER – Case No. CV 10-0013 VRW    2